

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2014

No. 04-14-00827-CV

**PERSONAL TOUCH HOLDING CORP.**, and PT Intermediate Holding, Inc.,
Appellants

v.

**LMS CONSULTING, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-00450
Peter Sakai, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due on December 29, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court